No. 360. AMERICAN DIETAIDS CO., INC., *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE, ET AL. C. A. 2d Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for respondents.

No. 363. MACHIN *v.* ZUCKERT, SECRETARY OF THE AIR FORCE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harry S. Wender* and *Jules Fink* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Kathryn H. Baldwin* for respondent.

No. 364. MILOS, TRADING AS MILOS FORD SALES, *v.* FORD MOTOR CO. ET AL. C. A. 3d Cir. Certiorari denied. *Harry S. Kalson* and *Samuel M. Rosenzweig* for petitioner. *Frank L. Seamans* for respondents.

No. 366. CARLENO *v.* MARINE TRANSPORT LINES, INC., ET AL. C. A. 4th Cir. Certiorari denied. *Israel Steingold* and *Jacob Rassner* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.

No. 369. CRANE ET AL. *v.* UNITED STATES; and

No. 370. ZANE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *E. Coleman Madsen* for petitioners in No. 369. *Edward S. Friedland* for petitioners in No. 370. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. Reported below: 316 F. 2d 907.